IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 AUG 23 PM 3: 18

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

---

MARTHA LIGGINS,                      )
                                     )
        Plaintiff,                   )
                                     )
v.                                   )        No. 04-2861 Ma/P
                                     )
RICH'S PRODUCTS CORP.,               )
                                     )
Defendants.                          )

---

### ORDER TO SHOW CAUSE

---

Before the court is the motion to dismiss of Defendant Rich's Products Corp., filed February 22, 2005. Plaintiff Martha Liggins has not responded, and time for response has passed. Plaintiff is hereby ordered to show cause within ten (10) days of the entry of this order why Defendant's motion to dismiss should not be granted.

So ORDERED this 22d day of August, 2005.

_____
SAMUEL H. MAYS, JR
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on___8-26-05___

16

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# **Notice of Distribution**

This notice confirms a copy of the document docketed as number 16 in case 2:04-CV-02861 was distributed by fax, mail, or direct printing on August 26, 2005 to the parties listed.

---

Martha Liggins
1713 Bramblewood Street
Brownsville, TN 38012

Tim K. Garrett
BASS BERRY & SIMS PLC
315 Deaderick Street
Ste. 2700
Nashville, TN 37238--000

Honorable Samuel Mays
US DISTRICT COURT