IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 DEC -7 PM 1:52

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

MARTHA LIGGINS,

    Plaintiff,

VS.

                                NO. 04-2861-Ma

RICH'S PRODUCTS CORP.,

    Defendant.

---

ORDER AMENDING SCHEDULE

---

In accordance with the Order, docketed September 30, 2005, granting defendant's motion for extension of discovery and dispositive motion filing deadlines, the scheduling order is amended as follows:

1. The deadline for completing discovery is November 30, 2005.

2. The deadline for filing potentially dispositive motions is December 30, 2005.   Responses shall be due January 30, 2006.

3. The parties will submit a proposed joint pretrial order by 5:00 p.m. on March 8, 2006.

4. A pretrial conference will be held on **Wednesday, March 15, 2006 at 9:00 a.m.**

5. The jury trial is **reset** to **Monday, March 27, 2006, at 9:30 a.m.** and is expected to last 3 days.

Absent good cause, the amended schedule set by this order will not be modified or extended.

So ORDERED this 6th day of December, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This order entered on the docket sheet in compliance with Rule 58 and/or FRCP on 12-12-05

20

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 20 in case 2:04-CV-02861 was distributed by fax, mail, or direct printing on December 12, 2005 to the parties listed.

---

Martha Liggins
1713 Bramblewood Street
Brownsville, TN 38012

Tim K. Garrett
BASS BERRY & SIMS PLC
315 Deaderick Street
Ste. 2700
Nashville, TN 37238--000

Honorable Samuel Mays
US DISTRICT COURT